IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:18CV497 |
| | ) | |
| HASSIE DEMOND NOWLIN, also | ) | |
| known as Demond Nowlin, Hassie | ) | |
| Demond Knowlin, Demond Knowlin, and | ) | |
| Brilliant Knowlin, MARVIN L. FLYTHE, | ) | |
| KRISTYN D. BAILEY, The 1416 VINE | ) | |
| TRUST, and The AMERIDREAM TEAM | ) | |
| 1, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## COMPLAINT TO VOID FRAUDULENT TRANSFERS

The United States of America, by Matthew G.T. Martin, United States Attorney for

the Middle District of North Carolina, proceeding in its sovereign capacity under 28 U.S.C.

§ 1345 and pursuant to the Federal Debt Collection Procedures Act ("FDCPA"), 28 U.S.C.

§ 3301 *et seq*. and 18 U.S.C. § 3664(m)(1)(A)(ii), brings this action, complaining and

alleging as follows:

### I.    JURISDICTION AND VENUE

1.    The Court has jurisdiction over this matter under 28 U.S.C. §§ 1331, 1345, 1355,

1367, and 2410 and 28 U.S.C. §§ 3301 *et seq*.

2.    Venue is proper in this district under 28 U.S.C. § 1391(b)(2) since a substantial part

of the events giving rise to the present claim occurred in this judicial district, and a

substantial part of the property that is the subject of this action is situated in this judicial district.

## II.   PARTIES

3.    Plaintiff, the United States, is a sovereign nation.

4.    Hassie Demond Nowlin ("Nowlin") is an inmate at FPC Montgomery, located in Montgomery, Montgomery County, Alabama. He is not an infant or an incompetent person.

5.    Marvin L. Flythe ("Flythe") is, upon information and belief, an individual residing in Guilford County, North Carolina, and is not an infant or an incompetent person.

6.    Kristyn D. Bailey ("Bailey") is, upon information and belief, an individual residing in Guilford County, North Carolina, and is not an infant or an incompetent person.

7.    The 1416 Vine Trust Dated April 9, 2014, purports to be a Living Trust entity created by Hassie D. Knowlin, naming himself as the primary beneficiary and appointing Positive Energy Holdings LLC as the Trustee. Upon in formation and belief, The 1416 Vine Trust is an illegitimate shell entity created by Nowlin.

8.    The Ameridream Team 1, LLC, purports to be an entity incorporated by Hassie Demond Nowlin and Marvin Flythe. Upon information and belief, Ameridream Team 1, LLC is an illegitimate shell entity created by Nowlin and Flythe. Ameridream Team 1, LLC and was administratively dissolved on February 5, 2015.

9.    To declarant's best information and belief the Defendant is not an infant or incompetent person and is not in the military service within purview of the Servicemembers

Civil Relief Act (SCRA) (50 USC App. § 3901 et seq, as amended), formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940.

10.     Plaintiff contacted the Defense Manpower Data Center and was informed that it does not possess any information indicating the individual Defendants' status as active.

## III.    FACTUAL ALLEGATIONS

11.     Defendants Nowlin and Flythe are indebted to the United States as set forth below. They have fraudulently transferred or conveyed certain property, as set forth below, to Ameridream Team 1, LLC, The 1416 Vine Trust, and Kristyn D. Bailey.

12.     On June 27, 2017, Hassie Demond Nowlin was charged by Indictment in the United States District Court for the Middle District of North Carolina, case number 1:17CR251-1, with one count of violating Title 26, United States Code, Section 7212(a), corruptly endeavoring to impede the due administration of the internal revenue laws; twenty-six counts of violating Title 26, United States Code, Section 7206(2), aiding and assisting in the preparation and presentation of false tax returns; and six counts of violating Title 18, United States Code, Sections 152(3) and 157(1), making false bankruptcy declarations and committing bankruptcy fraud. (United States v. Nowlin, 1:17CR251-1, Dkt. 1).

13.     On July 20, 2016, Marvin L. Flythe was charged in a Bill of Information in the United States District Court for the Middle District of North Carolina, case number 1:16CR218-1, with four counts of violating Title 26, United States Code, Section 7206(2), aiding and assisting in the preparation and presentation of false tax returns. (United States v. Flythe, 1:16CR 218, Dkt. 1).

14.     From at least as early as 1993 through 2017, Nowlin engaged in a scheme in which he attempted to stop the United States from exercising its lawful jurisdiction over him. As part of the scheme, between June 17, 2005 and July 1, 2016, Nowlin filed several documents with the Guilford County Register of Deeds, in which he purported to renounce his United States citizenship, and in which he proclaimed himself to be a "sovereign" citizen. (See Exhibit A.)

15.     Nowlin formed several entities which he used in committing offenses charged in his criminal case, including the following:

| Nominee Name | Date Formed |
|---|---|
| positive energy holdings, LLC | April 2, 2008 |
| The Ameridream Team 1 LLC | August 10, 2012 |
| The 1416 Vine Trust | April 9, 2014 |
| Anthony Ct Trust | April 9, 2014 |
| Ohenry Blvd Trust | April 9, 2014 |

Nowlin opened various bank accounts using his own name and the names of nominees which he used in committing the offenses charged in the criminal case, including the following:

| Name of Account Owner | Account Number | Date Opened |
|---|---|---|
| Hassie Demond Nowlin | xxxxxx5000 | April 1, 1993 |

| | | |
|---|---|---|
| Hassie Demond Nowlin | xxxxxxxx3840 | December 7, 2004 |
| Full Flava Unit Distributors | xxxxxxxx7191 | April 3, 2006 |
| Full Flava Unit Distributors | xxxxxxxx6196 | May 4, 2012 |
| Positive Energy Holdings | xxxxxxxx7935 | September 28, 2012 |
| Positive Energy Holdings | xxxxx2596 | February 6, 2014 |

Beginning on or about July 30, 2008, Nowlin corruptly endeavored to obstruct and impede the due administration of the internal revenue laws by engaging in a tax fraud scheme in which he filed false 1099-OID ("Original Issue Discount") forms with the IRS. Nowlin filed false tax returns, claiming refund for taxes were purportedly withheld on his behalf. Nowlin also sent fictitious "bills of exchange" to the IRS, in an attempt to have the IRS pay his bills. The IRS assessed taxes, penalties and interest against Nowlin, notice of which was sent to Nowlin. After the IRS made assessments, Nowlin transferred or acquired various pieces of property in nominee names, including:

| Property | Nominee Name | Date Placed in Nominee Name |
|---|---|---|
| Residence on S. O'Henry Boulevard | The Ameridream Team 1 LLC | September 10, 2012 |
| 2000 GMC Tahoe | Full Flava Inc. | March 15, 2013 |
| 1985 GMC Dump Truck | Positive Energy Holdings | May 4, 2014 |

| Residence on S. O'Henry Boulevard | The 1416 Vine Trust | October 27, 2014 |
|---|---|---|
| Residence on S. O'Henry Boulevard | Kristyn D. Bailey | November 20, 2017 |

Nowlin charged fees to prepare tax returns for clients, but failed to report the income earned to the IRS. Nowlin entered false information on many of his client's tax returns in order to increase their tax refunds. Nowlin made false statements to agents and he repeatedly filed bankruptcy petitions under Title 11 of the United States Code.

16. Marvin Flythe worked as a professional tax return preparer since 2009. He operated a tax preparation business "TAXHOVA" in Greensboro, North Carolina from approximately January 2011 through February 2015. Flythe prepared tax returns for clients at several locations, including 701 O'Henry Boulevard. Flythe and Nowlin formed The Ameridream Team 1, LLC which was dissolved February 15, 2015.

## Nowlin

17. On or about August 5, 2017, Nowlin signed a plea agreement, entering voluntary pleas of guilty to Counts One, Twenty-One, and Thirty-One of the Indictment. (See Plea Agreement, United States v. Nowlin, 1:17CR251, Dkt. 11.) Nowlin agreed that pursuant to Title 18, United States Code, Section 3613, all monetary penalties, including restitution imposed by the Court, "shall be due immediately upon judgment and subject to immediate enforcement by the United States." (United States v. Nowlin, 1:17CR251, Dkt. 11, ¶ 13.)

18. On August 15, 2017, Nowlin pleaded guilty to Corrupt Endeavor to Impede the IRS under Count 1 of the Indictment, Aid and Assist in the Preparation of False Tax Returns

under Count 21 of the Indictment, Bankruptcy Fraud under Count 31 of the Indictment, and the Court accepted that plea.

19.     On November 16, 2017, the Court sentenced Nowlin to 37 months imprisonment and ordered him to pay $188,001.89 in restitution.  On December 4, 2017, the Court entered judgment reflecting its sentence. (United States v. Nowlin, 1:17CR251, Dkt. 20).

20.     On December 12, 2017, the United States filed a lien against all property owned by Nowlin in Guilford County, North Carolina. (See Exhibit B.)

**Flythe**

21.     On or about July 15, 2016, Flythe signed a plea agreement, entering voluntary pleas of guilty to Counts One, Two, Three and Four of the Information. (See Plea Agreement, United States v. Flythe, 1:16CR218-1, Dkt. 2.) Flythe agreed that pursuant to Title 18, United States Code, Section 3613, all monetary penalties, including restitution imposed by the Court, "shall be due immediately upon judgment and subject to immediate enforcement by the United States." (United States v. Flythe, 1:16CR218-1, Dkt. 2, ¶ 7.)

22.     On August 3, 2016, Flythe pleaded guilty to Aiding and Assisting in the Preparation and Presentation of False Tax Returns, and the Court accepted that plea.

23.     On November 14, 2016, the Court sentenced Flythe to 18 months imprisonment and ordered him to pay $105,128.04 in restitution.  On December 7, 2016, the Court entered judgment reflecting its sentence. (United States v. Flythe, 1:16CR218, Dkt. 16).

24.     On December 15, 2016, the United States filed a lien against all property owned by Flythe in Guilford County, North Carolina. (See Exhibit C.)

**Property**

25.    The real property at issue in this case is located at the street address of 701 S. O'Henry Blvd., Greensboro, North Carolina 27401 (the "Property").

26.    According to the North Carolina Special Warranty Deed for the Property dated November 2, 2017 (the "2017 Deed"), Hassie-Demond Knowlin c/o 1416 Vine Trust is the grantor/seller and the grantee/buyer is Kristyn D. Bailey. The Deed was recorded on November 22, 2017 in Book R7997, Page 2465-2466, Guilford County, North Carolina Registry. (See Exhibit D.)

27.    According to the North Carolina Special Warranty Deed for the Property dated October 27, 2014 (the "2014 Deed"), Hassie D. Knowlin, partner, on behalf of The Ameridream Team 1 LLC is the grantor and the grantee is The 1416 Vine Trust Dated April 9, 2014, Positive Energy Holdings LLC, Trustee. The Deed was recorded on October 27, 2014 in Book R7645, Page 827-829, Guilford County, North Carolina Registry. (See Exhibit E.)

28.    According to North Carolina Special Warranty Deed for the Property dated September 10, 2012 (the "September 2012 Deed"), Marvin L Flythe (Unmarried) and Hassie D. Knowlin (Unmarried) are the grantors and the grantee is The Ameridream Team 1, LLC. The Deed was recorded on September 12, 2012, in Book R7390, Page 2943-2944, Guilford County North Carolina Registry. (See Exhibit F.)

29.    According to North Carolina Special Warranty Deed for the Property dated July 2, 2012, (the "July 2012 Deed"), Federal National Mortgage Association a/k/a Fannie Mae

was the grantor and the grantees were Marvin L. Flythe (Unmarried) and Hassie D. Knowlin (Unmarried). The Deed was recorded on July 17, 2012, in Book R7370, Page 1314-1315, Guilford County Registry.  (See Exhibit G.)

30.     Upon information and belief, Ameridream Team 1, LLC of both the September 2012 Deed and the 2014 Deed was an illegitimate shell corporation created by Nowlin and Flythe.

31.     Upon information and belief, the 1416 Vine Trust of both the 2014 Deed and the 2017 Deed was an illegitimate shell entity created by Nowlin.

32.     Guilford County tax records indicate that Positive Energy Holdings LLC paid the taxes on the property for 2012 – 2016. Guilford County tax records indicate that Kristyn D. Bailey paid the taxes on the property for 2017.

33.     Upon information and belief, Kristyn D. Bailey, is President of Full Flava Distributing which was one of the nominees used in committing the offenses and is a close acquaintance of Nowlin's.

34.     Upon information and belief, since 2012, Nowlin and Flythe have been and currently are the only real owners of the Property, subject to the United States' lien.

COUNT ONE
(Fraudulent Transfers in violation of 28 U.S.C. § 3304(b)(1))
(Against Hassie Demond Nowlin and Marvin L. Flythe)

35.     The United States realleges and incorporates all the preceding allegations as if fully set forth herein.

36.     Upon information and belief, Nowlin was the real party in interest acquiring the Property in the transaction reflected in the September 2012 Deed, the 2014 Deed and the 2017 Deed.

37.     Nowlin's November 2, 2017, transfer of property to Kristyn D. Bailey was a fraudulent transfer.

38.     Nowlin's October 27, 2014, transfer of property to the 1416 Vine Trust was a fraudulent transfer.

39.     Nowlin's and Flythe's September 10, 2012, transfer of property to the Ameridream Team 1, LLC, was a fraudulent transfer.

40.     Upon information and belief, no consideration was paid for the transfer reflected in the September 2012 Deed, consideration of One Dollar ($1.00) was paid for the transfer reflected in the 2014 Deed and One Thousand Dollars ($1,000) was paid for the transfer reflected in the 2017 Deed. Nowlin and Flythe did not receive reasonably equivalent value for the transfers.

41.     Upon information and belief, Nowlin and Flythe executed the September 2012 Deed transferring the Property from themselves to Ameridream Team 1, LLC, Nowlin executed the 2014 Deed transferring the Property from Ameridream Team 1, LLC to The 1416 Vine Trust and Nowlin executed the 2017 Deed transferring the Property from the 1416 Vine Trust to Kristyn D. Bailey:

a. With actual intent to hinder, delay, or defraud a creditor; or

b. Without receiving a reasonably equivalent value in exchange for the transfer while he (i) was engaged or was about to engage in a business or a transaction for which his remaining assets were unreasonably small in relation to the business or transaction; or (ii) intended to incur, or believed or reasonably should have believed that he would incur, debts beyond his ability to pay as they became due.

42.     Nowlin and Flythe made the transfers to an insider, the Ameridream Team 1, LLC, the 1416 Vine Trust, and Kristyn D. Bailey. As a result of the transfers, Nowlin and Flythe became insolvent. After the transfers, Nowlin retained control of the property.

43.     Nowlin and Flythe's transfer of the Property to Ameridream Team 1, LLC in the September 2012 Deed, Nowlin's transfer to The 1416 Vine Trust in the 2014 Deed, and Nowlin's transfer to Kristyn D. Bailey in the 2017 Deed was therefore fraudulent as to a debt to the United States pursuant to 28 U.S.C. § 3304(b). The transfers impaired, and continue to impair the rights of the United States in that Nowlin and Flythe are now insolvent and have no money or property out of which their restitution debts can be satisfied.

44. Accordingly, pursuant to 28 U.S.C. § 3306, the United States is entitled to the following relief:

a. Avoidance of the transfer in the September 2012 Deed, avoidance of the transfer in the 2014 Deed and avoidance of the transfer in the 2017 Deed to the extent necessary to satisfy Nowlin and Flythe's debt to the United States;
b. A remedy against the Property; or

c. Any other relief the circumstances may require.

## COUNT TWO
### (Fraudulent Transfer in Violation of N.C. Gen. Stat. § 39-23.4)
### (Against Hassie Demond Nowlin and Michael Flythe)

45.    The United States realleges and incorporates all the preceding allegations as if fully set forth herein.

46.    Upon information and belief, Nowlin was the only real party in interest acquiring the Property in the transaction reflected in the September 2012 Deed, the 2014 Deed and the 2017 Deed.

47.    Upon information and belief, no or nominal consideration was paid for the transfer reflected in the September 2012 Deed, the 2014 Deed and the 2017 Deed.

48.    Upon information and belief, Nowlin and Flythe executed the September 2012 Deed, the 2014 Deed and the 2017 Deed transferring the Property:

a. With intent to hinder, delay, or defraud a creditor; or

b. Without receiving a reasonably equivalent value in exchange for the transfer or obligation while he (i) was engaged or was about to engage in a business or a transaction for which his remaining assets were unreasonably small in relation to the business or transaction; or (ii) intended to incur, or believed that he would incur, debts beyond the his ability to pay as they became due.

49.     Nowlin's transfer of the Property in September 2012 Deed, in the 2014 Deed and in

the 2017 Deed was therefore fraudulent as to a creditor (the United States) pursuant to N.C.

Gen. Stat. § 39-23.4(a).

50.     Accordingly, pursuant to N.C. Gen. Stat. § 39-23.7, the United States is entitled to

the following relief:

a. Avoidance of the transfer in the September 2012 Deed, in the 2014 Deed and in the
2017 Deed to the extent necessary to satisfy the United States' claim;

b. An attachment or other provisional remedy against the Property;

c. An injunction against further disposition of the Property;

d. Appointment of a receiver to take charge of the Property;

e. An order permitting the United States to levy execution on the Property or proceeds
from its sale; or

f. Any other relief the circumstances may require.


COUNT III
(Quiet Title – N.C. Gen. Stat. § 41-10)
(Against 1416 Vine Trust and Kristyn D. Bailey)

51.     The United States realleges and incorporates all the preceding allegations as if

fully set forth herein.

52.     The United States claims an interest in the Property, namely its lien against

Nowlin and Flythe and all of their property in Guilford County, North Carolina.

53.     Kristyn D. Bailey has claimed an interest in the Property by virtue of the 2017

Deed naming her as a grantee of the Property.

54.     Upon information and belief, Nowlin established "1416 Vine Trust" as an illegitimate entity in order to receive and manage assets for the benefit of Hassie D. Knowlin during his lifetime and upon his death.

55.     Upon information and belief, "1416 Vine Trust" has never existed as a legitimate entity independent from Nowlin.

56.     Upon information and belief, since 2012, Nowlin and Flythe have been and currently are the only real owners of the Property, subject to the United States' lien.

57.     Nowlin and Flythe's transfer of the Property to Ameridream Team 1, LLC in September 2012, Nowlin's transfer to The 1416 Vine Trust in 2014 and Nowlin's transfer to Kristyn D. Bailey in 2017 was illegal and illegitimate under federal and state law, as detailed above.

58.     Pursuant to N.C. Gen. Stat. § 41-10, the United States is entitled to a decree debarring all claims of Kristyn D. Bailey to the Property.

        WHEREFORE, the United States respectfully prays that:

        a.      The 2017 transfer of the property to Kristyn D. Bailey be adjudged fraudulent, and voided to the extent necessary to satisfy the debt owed to the United States;

        b.      The 2014 transfer of the property to 1416 Vine Trust be adjudged fraudulent, and voided to the extent necessary to satisfy the debt owed to the United States;

        c.      The September 2012, transfer of the property to Ameridream Team 1, LLC be adjudged fraudulent, and voided to the extent necessary to satisfy the debt owed to the United States;

14

d.     The United States be awarded costs for prosecuting this action, including but

not limited to, a filing fee, as authorized by 28 U.S.C. § 2412(a)(2); and

e.     For such further relief as the Court deems appropriate.

This the 12th day of June, 2018.

Respectfully submitted,

MATTHEW G.T. MARTIN
United States Attorney


/s/ Joan B. Childs
Assistant United States Attorney
NCSB# 18100
United States Attorney's Office
Middle District of North Carolina
101 S. Edgeworth St., 4th Floor
Greensboro, NC 27401
Telephone: (336) 333-5351
Email: joan.childs@usdoj.gov

RECORDED - 973335
JEFF L. THIGPEN
REGISTER OF DEEDS
GUILFORD COUNTY, NC
BOOK: 6335
PAGE(S):1654 TO 1665
06/17/2005  15:42:07

06/17/2005    GUILFORD CO.  NC
1 MISC DOCUMENTS      973335      $12.00
10 MISC DOC ADDW PGS              $30.00

1 PROBATE FEE                      $2.00

Map( to

1654

**FOR OFFICIAL USE:**
Hassie Demond Nowlin
C/o 2020 Anthony Court
Greensboro, near 06(27406)
North Carolina state
The United States of America, the Republic

11/2

## DECLARATION AND NOTICE OF RESCISSION OF ANY AND ALL REGISTRATIONS, PLEDGES, AND CONTRACTS, EXPLICIT OR IMPLIED, FOR FAILURE OF CONSIDERATION & NOTICE OF RECLAMATION OF ALL UNALIENABLE RIGHTS &

### *Notice of Declaration of Independence &*

**NOTICE TO AGENTS IS NOTICE TO PRINCIPALS in their private capacity**
**NOTICE TO PRINCIPALS IS NOTICE TO AGENTS in their private capacity**
**Applicable to all Successors and Assigns**
***SILENCE IS ACQUIESCENCE***

From:  Declarant herein:

Hassie Demond Nowlin, Free, and Lawful Man
C/o 2020 Anthony Court
Greensboro, near 06(27406)
North Carolina state
The United States of America, the Republic

To:  Respondents herein:

George W. Bush and the Office of the President of the United States.
1600 Pennsylvania Avenue
Washington, D.C. 20500

Norman Mineta and the Office of the Secretary of Transportation of the United States.
400  7th Street S.W.
Washington, D. C. 20590

John Snow and the Office of the Secretary of the Treasury of the United States
1500 Pennsylvania Avenue, N. W.
Washington, D.C. 20220


GOVERNMENT
EXHIBIT
A

Don Evans and the Office of the Secretary of Commerce of the United States
Room 5854, US Department of Commerce
14th and Constitution Avenue SW
Washington DC 20230

Charles Rossotti and the Office of the Commissioner of the Internal Revenue Service.
1111 Constitution Avenue N. W.
Washington, D.C. 20543

William Rehnquist and the Office of the Chief Justice of the U.S. Supreme Court
1 First Street N. E.
Washington, D.C. 20543

Condoleezza Rice and the Office of the Secretary of State of the United States.
2201 C Street N. W.
Washington, D. C. 20520

Alberto Gonzales and the Office of the Attorney General of the United States.
950 Pennsylvania Avenue N W
Washington, D.C. 20530-0001

Elaine F. Marshall and the Office of the Secretary of State of North Carolina state.
1000 Keith Hills Road
Lillington
North Carolina 27546

Michael F. Easley and the Office of the Governor of North Carolina state.
20301 mail Service Center
Raleigh, North Carolina 27699

Roy Cooper and the Office of the Attorney General of North Carolina state.
P.O. Box 625
Raleigh
North Carolina 27602

I B. Lake and the Office of the Chief Justice of the North Carolina state Supreme Court
Justice Building
P.O. Box 1841
Raleigh, North Carolina 27602

Jim Fain and the Office of the Secretary of Commerce of North Carolina state.
301 North Wilmington Street
Raleigh, North Carolina 27601

## VERIFICATION

| | | |
|---|---|---|
| County: | Guilford | ) |
| | | )     *VERIFIED DECLARATION* |
| State: | North Carolina | ) |

*I, Hassie Demond Nowlin, Declarant herein, a free and lawful Man in the North Carolina Republic, one of The United States of America, a Union of republic states, declare under penalties of perjury under the Laws of The United States of America and of North Carolina state, the Republics, that Declarant is competent to be witness and that the facts contained herein are true, correct, complete, and not misleading, to the best of Declarants first hand knowledge and belief.*

## THIS DECLARATION AND NOTICE OF RESCISSION OF ANY AND ALL REGISTRATIONS, PLEDGES, AND CONTRACTS, EXPLICIT OR IMPLIED, FOR FAILURE OF CONSIDERATION & NOTICE OF RECLAMATION OF ALL UNALIENABLE RIGHTS &

### *Notice of Declaration of Independence*

### *SUPERSEDES ALL SUCH PREVIOUS RECORDINGS.*

### *PURPOSE FOR THIS DECLARATION*

The sole purpose for this Declaration is for Declarant to reclaim and have the ability to exercise his **unalienable constitutionally protected Rights** within the Republic states **and for no other purpose**.

#### *NOTICE OF SEVERANCE and WAIVER, FORFEITURE, AND REJECTION OF ALL BENEFITS*

I, Hassie Demond Nowlin, the Declarant herein, freely give Respondents, in their private capacity, and as agents of the United States, a/k/a the District of Columbia and its instrumentalities, a/k/a the state of North Carolina, **NOTICE OF SEVERANCE and WAIVER, FORFEITURE, CANCELLATION, AND REJECTION OF ANY AND ALL BENEFITS, INCLUDING BUT NOT LIMITED TO, ADMIRALTY AND LIMITED DEBT LIABILITY BENEFITS** from the United States and its instrumentalities, and NOTICE, that **any and all** hidden and invisible or adhesion contracts and/or commercial agreements, including **all pledges and registrations**, creating an attachment of an equity relationship between the United States, a/k/a the District of Columbia and its instrumentalities, a/k/a the corporate state of North Carolina, and Hassie Demond Nowlin, and/or the juristic person, HASSIE DEMOND NOWLIN, or any derivative name-forms or any idem sonans thereof, are hereby SEVERED, RESCINDED, DISSOLVED, CANCELED, AND TERMINATED **ab initio, from My birth-date, January 30th , 1973 A. D., and nunc pro tunc, now for then, for mistake, non-disclosure, AND FAILURE OF CONSIDERATION.**

## NOTICE OF WITHDRAWAL OF SIGNATURES

I, Hassie Demond Nowlin, the Declarant herein, give Respondents, in their private capacity, and as agents of the corporate United States, a/k/a the District of Columbia and its instrumentalities, a/k/a the corporate state of North Carolina, NOTICE, that Declarant, **ab initio, withdraw His signatures for fraud, misrepresentation, non-disclosure, and failure of consideration,** from any and all instruments, including but not limited to, **all pledges and registrations,** which conveyed or purport to convey a power of attorney to the United States, a/k/a the District of Columbia and its instrumentalities, a/k/a the corporate State of North Carolina, and their agents over the *res* of Declarant.

## NOTICE OF REFUSAL OF ANY AND ALL BENEFITS

I, Hassie Demond Nowlin, the Declarant herein, give Respondents, in their private capacity, and as agents of the corporate United States, a/k/a the District of Columbia and its instrumentalities, a/k/a the corporate state of North Carolina, NOTICE, that **any and all** benefits associated with such unrevealed contracts and/or commercial agreements, including **all pledges and registrations,** are being, in Toto, severed, waived, rejected, declined, canceled, and forfeited, **for lack of consideration,** and that **no** benefits, including, but not limited to Admiralty and Limited Debt Liability Benefits, are being *voluntarily* accepted by Declarant, Hassie Demond Nowlin, and/or the juristic person, HASSIE DEMOND NOWLIN, or any derivative name-forms or any idem sonans thereof.

## NOTICE OF OBJECTION TO 14TH AMENDMENT

I, Hassie Demond Nowlin, the Declarant herein, give Respondents, in their private capacity, and as agents of the corporate United States, a/k/a the District of Columbia and its instrumentalities, a/k/a the corporate state of North Carolina, NOTICE, that Hassie Demond Nowlin and/or the juristic person, HASSIE DEMOND NOWLIN, or any derivative name-forms or any idem sonans thereof, **object to the 14th amendment** to the Constitution for The United States of America of 1789 A.D. as amended in 1791 A.D., **ab initio, from My birth-date, and nunc pro tunc, now for then**.

## NOTICE OF DECLARATION OF STATUS

I, Hassie Demond Nowlin, the Declarant herein, give Respondents, in their private capacity and as agents of the United States, a/k/a the District of Columbia and its instrumentalities, a/k/a the state of North Carolina, NOTICE, that Hassie Demond Nowlin and/or the juristic person, HASSIE DEMOND NOWLIN, or any derivative name-forms or any idem sonans thereof, have declared My/His status as a **non-juristic stranger to the public trust** that went into effect on July Twenty-Eighth, 1868 A. D. by the 14th amendment to the Constitution for The United States of America of 1789 A.D. as amended in 1791 A.D., and that I, the Declarant, have voluntarily severed, waived, rejected, forfeited, declined, canceled, and refused to *voluntarily* accept any and all enfranchisement benefits from the United States and its instrumentalities through unrevealed or adhesion contracts and or commercial agreements, including **all pledges and registrations.**

## NOTICE OF DECLARATION OF INDEPENDENCE

Respondents, **TAKE NOTICE:**

That I, Hassie Demond Nowlin, the Declarant herein, in the name of the Almighty Creator, by My Declaration of Independence, solemnly Publish and Declare My Political Choice, Will, and Intent **as a matter of Right.**

That, I, Hassie Demond Nowlin, the Declarant herein, under the Right protected by an Act of Congress, *15 United States Statutes at Large*, titled "*An Act concerning the Rights of American Citizens in foreign States*" passed on the Twenty-Seventh Day of July, 1868 A. D. by the Fortieth Congress, Sess. II. Ch. 249, pages 223 & 224, and under Decisions by the Judiciary, have a Right to expatriate from a jurisdiction foreign to My political, Will, Choice, and Intent. (See Exhibit A attached hereto and incorporated herein.)

That, I, Hassie Demond Nowlin, the Declarant herein, **ab initio, from My Birth-date, and Now for Then, do expatriate** absolute, **My** *res*, estates, and all **My** property in trust to the foreign jurisdiction known as the municipal corporation of the District of Columbia, a/k/a United States, a/k/a state of North Carolina, a democracy and its laws and I explicitly refuse to be, and refuse to subject Myself to be, chattel property and citizen of the United States, a democracy.

That, I, Hassie Demond Nowlin, the Declarant herein, have lawfully **returned** and **repatriated** firstly, as a North Carolina state republic *Citizen/National, and secondly as an American Citizen/National* in the United States of America, the Republic, and under their Laws, *with all My estate and property, real and personal, tangible and intangible,* including **all pledges and registrations,** *and barring none,* formerly held in trust with the democracy known as the United States, a/k/a the District of Columbia and its instrumentalities, a/k/a the state of North Carolina, for the general welfare and benefit of all "citizens of the United States" within the 14th amendment communal public trust that went into effect on July Twenty-Eighth, 1868 A. D.

That, I, Hassie Demond Nowlin, the Declarant, herein, state that such property includes, but is not limited to, **all pledges and registrations,** and all My real and personal property previously *transferred* in error, or by fraud, or otherwise, to the corporate United States and its instrumentalities, a/k/a the District of Columbia and/or the corporate state of North Carolina, regardless of their location within the United States or other countries foreign to the United States and its territories. Such property **is separated from public domain by purchase,** are now declared **private property,** and are not, under the control of, or subject to the democracy known as the United States, a/k/a the District of Columbia and its instrumentalities, a/k/a the corporate state of North Carolina.

That, I, Hassie Demond Nowlin, the Declarant herein, declare that I, as a private North Carolina state Citizen/National, am not a party to the federal or state Constitutions.

That, I, Hassie Demond Nowlin, the Declarant herein, freely choose and pledge My allegiance firstly to the North Carolina Republic and secondly to The United States of America, the Republic, and not to the municipal corporation commonly known as the United States, a/k/a the

District of Columbia, and its instrumentalities a/k/a the corporate state of North Carolina, a democracy.

That, I, Hassie Demond Nowlin, the Declarant herein, absolutely **refuse** to be in rebellion, and **do not and will not** commit treason, against the North Carolina Republic and The United States of America, the Republic, and will not be found to knowingly, intentionally, and voluntarily support enemies of said Republics, and will not be found to be voting for Officers and Representatives of the de facto United States and its instrumentalities, a foreign corporation with respect to North Carolina state, a republic.

## NOTICE OF SEVERANCE OF POLITICAL TIES

Respondents, **TAKE NOTICE**:

That, I, Hassie Demond Nowlin, the Declarant herein, freely state that any and all past and present political ties implied by operation of law or otherwise in trust with the democracy, a/k/a the United States, a/k/a the District of Columbia and its instrumentalities, a/k/a the state of North Carolina, <u>are hereby severed, rescinded, dissolved, canceled, and terminated</u>, for **FRAUD AND FAILURE OF CONSIDERATION**, and all benefits, including but not limited to, benefits of enfranchisement from any country, including the corporate United States, a/k/a the District of Columbia, its agents, agencies, and instrumentalities, a/k/a the State of North Carolina, <u>are severed, forfeited, rejected, waived, declined, canceled, and not accepted</u>, **ab initio**, from **My Birth-date and now for then**.

Respondents, **TAKE NOTICE**:

## NOTICE OF UNLIMITED RIGHT TO CONTRACT

That, I, Hassie Demond Nowlin, the Declarant herein, have full power to contract and establish commerce as guaranteed by the North Carolina Republic Constitution and the Article therein known as the **Bill of Rights**, as well as the Declaration of Independence of July Fourth, 1776 A. D.

I, Hassie Demond Nowlin, the Declarant herein, give Respondents, in their private capacity, and as agents of the United States, a/k/a the District of Columbia and its instrumentalities, a/k/a the state of North Carolina, NOTICE, that the benefits from the unrevealed or invisible contracts and/or commercial agreements referred to above include, but are not limited to, the following: *The past Use of:*

*Social Security Number, 245-254630; The U.S. Postal Service; Federal Reserve Notes; Bank Accounts; Bank Loans, Mortgage Loans, Credit cards and other Loans or credit instruments; All Licenses, including but not limited to Driver's Licenses; Professional Licenses; Marriage licenses; all pledges and registrations, A State's registration of motor vehicles or associated conveyances; A State's registration of other conveyances, including but not limited to aircraft, motor-boats, or any and all other similar conveyances; A State's certificate of title to any motor vehicle, motor boat, aircraft, or similar conveyances; A State's registration number on motor vehicles, motor-boats, aircrafts, or any associated conveyances; A State's license plates on cars; Public Schools; Two-letter State abbreviations and federal postal "zip" codes; Birth Certificates*

or Certificates of Live Birth, Passports issued by the U.S. Secretary of State; Internal Revenue Services or any issuances from the Commissioner of Internal Revenue; Voter registrations; U.S. citizenship or any other variation thereof; U.S. "green card" for residency or any other variation thereof; Medicaid benefits; Medicare benefits, other Social Security benefits in any respect, including, but not limited to, disability benefits; and any and all other unrevealed benefits, barring none.

### NOTICE OF RESERVATION OF UNALIENABLERIGHTS AB INITIO

I, Hassie Demond Nowlin, the Declarant herein, give Respondents, in their private capacity, and as agents of the United States, a/k/a the District of Columbia and its instrumentalities, a/k/a the state of North Carolina, **NOTICE** that, I, Hassie Demond Nowlin **Reserve My constitutionally protected unalienable Rights, ab initio**, at all times, and do not waive any such Rights at any time.

### NOTICE OF RESERVATION OF RIGHT, AB INITIO, FROM OUR BIRTH-DATES, AND NOW FOR THEN AT UCC 1-207

I, Hassie Demond Nowlin, the Declarant herein, give Respondents, in their private capacity, and as agents of the United States, a/k/a the District of Columbia and its instrumentalities, a/k/a the state of North Carolina, **FURTHER NOTICE** that, I, Hassie Demond Nowlin and/or the juristic person, HASSIE DEMOND NOWLIN, or any derivative name-forms or any idem sonans thereof, pursuant to the Uniform Commercial Code at (UCC) 1-207, **ab initio, from My Birth-date and now for then**, reserve My/His Right not to be compelled to perform under any contracts and/or commercial agreements, **including pledges and registrations,** in which I/He did not enter knowingly, intentionally, and voluntarily, with full disclosure of all relevant facts, meeting of the minds, specified obligations, and mutual exchange of **fair consideration.**

I, Hassie Demond Nowlin, the Declarant herein, give Respondents, in their private capacity, and as agents of the United States, a/k/a the District of Columbia and its instrumentalities, **FURTHER NOTICE** that by such "Reservation of Right", Hassie Demond Nowlin, and/or the juristic person, HASSIE DEMOND NOWLIN, or any derivative name-forms or any idem sonans thereof, have notified all Local, State and Federal government agents, agencies, and instrumentalities, that Hassie Demond Nowlin, and/or the juristic person, HASSIE DEMOND NOWLIN or any derivative name-forms or any idem sonans thereof, **do not and will not accept any and all liability** associated with any and all **compelled benefits** of such unrevealed contracts and/or commercial agreements, including **pledges and registrations**, be they Admiralty or otherwise.

### NOTICE OF OBJECTION, NOTICE OF PROTEST, AND NOTICE OF NECESSITY.



I, Hassie Demond Nowlin, the Declarant herein, give Respondents, in their private capacity, and as agents of the United States, **NOTICE**, that any further *Use* of *Social Security Numbers* 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; The U.S. Postal Service; Federal Reserve Notes; Bank Accounts; Bank Loans, Mortgage Loans, Credit cards and other Loans or credit and negotiable instruments; All Licenses, including but not limited to Driver's Licenses; Professional Licenses; Marriage licenses; **all pledges and registrations**; A State's registration of motor vehicles or associated conveyances; A State's registration of other conveyances, including but not limited to aircraft, motor-boats, or any and all other similar conveyances; A State's certificate of title to any motor vehicle, motor boat, aircraft, or similar conveyances; A State's registration number on motor vehicles, motor-boats, aircrafts, or any associated conveyances; A State's license plates on cars; Public Schools; Two-letter State abbreviations and federal postal "zip" codes; Birth Certificates or Certificates of Live Birth, Passports issued by the U.S. Secretary of State; Internal Revenue Services or any issuances from the Commissioner of Internal Revenue; U.S. citizenship or any other variation thereof; U.S. "green card" for residency or any other variation thereof; Medicaid benefits; Medicare benefits, other Social Security benefits in any respect, including, but not limited to, disability benefits; and any and all other unrevealed benefits, barring none, by Hassie Demond Nowlin, and/or the juristic person, HASSIE DEMOND NOWLIN or any derivative name-forms or any idem sonans thereof, **as a compelled benefit** from the democracy known as the United States, a/k/a the District of Columbia and its instrumentalities, a/k/a the State of North Carolina, **will not be voluntary and will not be under any contractual relationship, but instead and always will be by Necessity, under Objection, and under Protest, Without Prejudice under My/His Explicit Reservation of Right** at U.C.C. 1-207, whether so **claimed at** the time of *Use* or **not.**

## NOTICE TO RESPOND

**I, Hassie Demond Nowlin, the Declarant herein, and/or the juristic person, HASSIE DEMOND NOWLIN, or any derivative name-forms or any idem sonans thereof, give Respondents ten (10) days from the date of receipt of this NOTICE, to dispute or object to My/His Expatriation from the corporate United States, a/k/a the District of Columbia, a democracy, and its laws, and from the corporate state of North Carolina, and its laws, and lawful Repatriation into the North Carolina Republic and The United States of America, the Republic, under their Laws, with My/His res and all of My/His estate, real and /or personal, tangible and/or intangible property, whether by error or fraudulently or otherwise transferred by pledges and registration, to the United States and its instrumentalities, a/k/a the state of North Carolina, or formerly held in trust with the United States and its instrumentalities, a/k/a the District of Columbia and /or the corporate state of North Carolina, or formerly held in trust with the United States and its instrumentalities, ab initio, for the general welfare and benefit of all "citizens of the United States" within the communal 14th amendment public trust. Such property includes but is not limited to My/His res, real and personal property located anywhere within The United States or any country foreign to the United States and its instrumentalities, especially real property located at My/His abode or place of inhabitation in North Carolina state, and all such property having been separated from public domain by purchase, being private, is not subject to or under the control of the de facto United States and its instrumentalities, a/k/a the District of Columbia and/or a/k/a the corporate state of North Carolina.**



Failure of Respondents to timely dispute and object **to My removal of My Res and all My property, real and personal, tangible and intangible,** from the corporate United States, a democracy and its laws, and from the corporate state of North Carolina, a democracy and its laws, and **lawful return into the Republics** and their Laws, with **all My *res* and all** My estate and property, tangible and intangible, pledged and registered through fraud, in error, or by mistake, will be admission, confession, stipulation, and **agreement** by Respondents through *TACIT PROCURATION, Stare Decisis, **enforced by estoppel in pais, that:***

Respondents are in **Fault.**
Declarant herein, **is a non-juristic, free and lawful Man and is a Private Person living on the Land.**

Declarant herein, Hassie Demond Nowlin, have the **Right** through His political Choice, Will, and Intent, to voluntary leave the democracy known as the United States and its instrumentalities, a/k/a the District of Columbia and/or the corporate state of North Carolina, and to lawfully repatriate into the Republic known as the North Carolina state Republic, one of The United States of America, the Republic, with all His property formerly held in trust for the use and general welfare of the "citizens" of the United States, a democracy, without interference from anyone, including governments, their agents, or their agencies, as protected in Law through "*An Act concerning the Rights of American Citizens in foreign States,*" by the Fortieth Congress of the United States, Sess. II, and by Decisions of the Judiciary.

Declarant herein, Hassie Demond Nowlin has knowingly, intentionally, and voluntarily exercised **His Right**, and have not only **expatriated, ab initio,** from the foreign jurisdiction known as the municipal corporation of the District of Columbia, a/k/a United States and its instrumentalities, a democracy and its laws, and from the foreign jurisdiction known as the corporate state of North Carolina, a democracy and its laws, **but;**

Declarant herein, Hassie Demond Nowlin, has lawfully **repatriated** into the North Carolina Republic and The United States of America Republics, and under the Laws thereof, with His *res* and **all** His estate and private property, real and personal, tangible and intangible.

Declarants **property includes but is not limited to real and personal property located anywhere within The United States or any other country foreign to the United States and its instrumentalities, especially real property located anywhere within the continental United States of America, the Republic, including within the land mass known as the North Carolina Republic, previously transferred in error or fraudulently, by pledges and registration or otherwise, to the United States and its instrumentalities, a democracy.**

Declarants property, formerly held in trust with the corporate United States and its instrumentalities, **from Declarants Birth-date,** for the general welfare and benefit of all the "citizens of the United States" within the communal 14th amendment public trust, having been declared **private property and separated from public domain by purchase** are **no longer subject to the control** by the United States, a/k/a the District of Columbia and its instrumentalities and/or the corporate state of North Carolina.

1663

Further Declarant says not.

Given under My hand and Seal this __17__ day of __June_____, 2005 A.D.

Submitted _With Explicit Reservation of All My Rights, Without Prejudice, and Without Recourse._

By: Hassie Demond Nowlin

Hassie Demond Nowlin, Declarant and Creditor

Seal:

Guilford County , North Carolina

I hereby certify that on this __17th__ day of __June_____, 2005 A.D., a living,
breathing, flesh and blood ... man, known to me to be Hassie Demond Nowlin,
appeared in His proper person, with proper identification, to attest and affirm that He is
the man executing the foregoing document titled, **"DECLARATION AND NOTICE OF
RESCISSION OF ANY AND ALL REGISTRATIONS, PLEDGES, AND CONTRACTS,
EXPLICIT OR IMPLIED, FOR FAILURE OF CONSIDERATION & NOTICE OF
RECLAMATION OF ALL UNALIENABLE RIGHTS &**
_Notice of Declaration of Independence_" by His Hand and Seal.

I, THEREFORE, set forth my hand and seal in affirmation of the execution thereof.

NOTARY RUBLIC

Date: 6/17/05

__01-16-2007__
My Commission Expires

Seal:

To:     The Clerk -- Guilford County Recorder's Office:

After Filing and Recording This Document Please Return To:

Hassie Demond Nowlin
c/o: 2020 Anthony Court
Greensboro, near 06(27406)
North Carolina state
The United States of America, the Republic

## EXHIBIT "A"

CHAP. CCXLIX – *An Act concerning the Rights of American Citizens in foreign States.*

July 27, 1868.

Rights of
American citizens
in foreign states.
Preamble.

Whereas the right of expatriation is a natural and inherent right of all people, indispensable to the enjoyment of the rights of life, liberty, and the pursuit of happiness; and whereas in the recognition of this princi-ple, this government has freely received emigrants from all nations, and invested them with the rights of citizenship; and whereas it is claimed that such American citizens, with their descendents, are subjects of for-eign states, owing allegiance to the governments thereof; and whereas it is necessary to the maintenance of public peace that this claim of foreign allegiance should be promptly and finally disavowed; Therefore,

Right of
Expatriation
declared.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That any declaration, instruc-tion, opinion, order, or decision of any officers of this government which denies, restricts, impairs, or questions the right of expatriation, is hereby declared inconsistent with the fundamental principles of this government.

Protection to
naturalized
citizens in
foreign states.

Sec. 2. And be it further enacted, That all naturalized citizens of the United States, while in foreign states, shall be entitled to, and shall receive from this government, the same protection of persons and prop-erty that is accorded to native-born citizens in like situations and circum-stances.

Release of
citizens
imprisoned by
foreign
governments
to be
demanded.

Facts to be
communicated
to Congress.

Sec. 3. And be it further enacted, That whenever it shall be made known to the President that any citizen of the United States has been unjustly deprived of his liberty by or under the authority of any foreign government, it shall be the duty of the President forthwith to demand of that government the reasons for such imprisonment, and if it appears to be wrongful and in violation of the rights of American citizenship, the Presi-dent shall forthwith demand the release of such citizen, and if the release so demanded is unreasonably delayed or refused, it shall be the duty of the President to use such means, not amounting to acts of war, as he may think necessary and proper to obtain or effectuate such release, and all the facts and proceedings relative thereto shall as soon as practicable be communicated by the President to Congress.

Approved, July 27, 1868.

1665



# JEFF L. THIGPEN, REGISTER OF DEEDS
## GUILFORD COUNTY
## 201 SOUTH EUGENE STREET
## GREENSBORO, NC 27402

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

State of North Carolina, County of Guilford

The foregoing certificate of _____Shirey W Farmer_____

_____

_____

A Notary (Notaries) Public is/are certified to be correct. This instrument and this certificate are duly registered at the date and time shown herein.

JEFF L. THIGPEN, REGISTER OF DEEDS

By: _____Meredith A. Wence_____

    Deputy - Assistant Register of Deeds

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

> **This certification sheet is a vital part of your recorded document.**
> **Please retain with original document and submit when re-recording.**

GC - 1046 (Rev. 12/08/04)



**2006076911**

GUILFORD CO, NC FEE $20.00
PRESENTED & RECORDED:

08-04-2006 10:25:21 AM

JEFF L. THIGPEN
REGISTER OF DEEDS
BY: SHERRY W FARMER
DEPUTY

**BK: R 6577**
**PG: 2578-2580**

*Notice*

# ATTENTION.    WARNING!

mailTo: Hassie Demond Neville
2020 Anthony Court **This is a Legal Notice and Demand**
Greensboro NC [27406]    **Fiat Justita Ruat Coelum**
(Let Right be done, though the Heavens should fall)

## IGNORANCE OF THE LAW IS NO EXCUSE!

5th    *Take a moment to read this BEFORE you proceed further. **This is for your protection!***

TO: All Public Officials, by and through the Secretary of State of North Carolina, the State of South Carolina, State of Tennessee, the Commonwealth of Virginia, the District of Columbia and United States, et al (states)

The individual tendering this document is a Private People of Posterity, a Sovereign *TRAVELER*, a private "State" in Fact, NOT a 14th Amendment Citizen of, nor a Subject of, nor owing allegiance to, the Federal United States, nor any of the de facto compact states contracting thereto, therefor carrying with him the original and exclusive peculiar jurisdiction and venue under our one Supreme Court of Common Law. **I am at peace and not in a state of war with any power, person or thing.** This is a matter of public record, as certified by the Secretary of State for the State of North Carolina, and as may be recorded upon the records and books of the Register of Deeds in _Guilford_ county, State of North Carolina or published as a Public Notice in said county's 'Paper of Record." U.C.C. 1-201 (25, 26, 27, 35) Notice, "Taken for Value and is Exempt from Levy, non-Intervention.".

The Party tendering this document is not under your jurisdiction nor venue, and not subject to your jurisdiction or venue. I demand that anything you have to say to Me you present in writing, signed under penalty of perjury.

I do not wish to speak to you under any circumstances!

I do not consent to any search of myself, my home, my car, my guests, nor anything else.

### THIS NOTICE IS IN THE NATURE OF A MIRANDA WARNING. TAKE DUE HEED OF SAME!

I DEMAND ALL, AND DO NOT AT ANY TIME WAIVE ANY, OF MY RIGHTS AND PROTECTIONS, AND DEMAND THAT YOU PROTECT THEM AS YOU HAVE SWORN AN OATH TO DO!

If, for any reason, you do not understand any of these statements of warnings, it is incumbent on you to summon a superior officer or supervisor to this place, immediately to explain to you the importance of these presentments, and your duties and obligations with respect to them.

Your failure to timely do so will leave you in the position of accepting full responsibility for any liabilities I incur, damages and/or injuries to me due to your actions, and/or the actions of any of your fellow officers in this matter.

Furthermore, should you witness any of the other officers that might be at this scene now, or in the future, violate any of my rights or protections, or their sworn oaths of office, it is your sworn duty to immediately arrest them, and charge them as you would any law-breaker, their uniform and badges notwithstanding.

A true and correct copy of this document is safely deposited with several trusted friends, along with a sworn Affidavit stating that it is my policy to present this Document to each and any officer causing an arrest of my travels, in any manner, every time a delay/arrest of my travels is made. This Document, or the deposited copy, will become an Evidentiary Document, by reference herein as if fully reproduced by reference herein in any court action undertaken by me as a result of any liabilities I incur, injuries and/or damages that befall me from the instant action(s) on your part and/or the part of your fellow officers involved herein.

**BE WARNED, NOTICED, AND ADVISED** that I rely upon, in addition to Constitutional limits on governmental authority and the Rights and Protections guaranteed me therefrom, remedies available under the Uniform Commercial Code, **COMMON LAW AND COMMERCIAL LIENS, TITLE 42 USC (CIVIL RIGHTS), TITLE 18 USC (CRIMINAL CODE), TITLE 28 USC (CIVIL CODE),** and additionally, such state statute, law, rules and regulations that apply.

REMEMBER! You have taken a solemn and binding Oath to protect and defend the Constitution, violation of that Oath is treason. **THIS IS LEGAL AND TIMELY NOTICE TO YOU, A BONA FIDE LEGAL INSTRUMENT, OF NOTICE AND DEMAND – A PRIMAE FACIE EVIDENCE OF SUFFICIENT NOTICE OF GRACE – TAKE DUE HEED AND GOVERN YOURSELF ACCORDINGLY.**

The terms and conditions of this Instrument/Presentment. Agreement and Quasi Contract under the Uniform Commercial Code, the Fair Debt Collection Act, and the Foreign Debt Collections Act, contain, but are not limited to, should you in any way violate me and/or permit others to do so, those acts will be deemed ultra vires, willful and gross negligence, and a waiver on your part of any and all immunities you might claim.

### BILLING COSTS WHICH WILL BE ASSESSED UPON VIOLATIONS

Unlawful or illegal arrest without a lawful and true 4th Amendment warrant, $100,000,000.00 Assault or Assault and Battery; $10,000,000.00 (with a weapon); $50,000,000.00 illegal or unlawful search and seizure without a lawful and true 4th Amendment Warrant; $100,000,000.00 denial or abuse of due process; $50,000,000.00 unlawful distraint/interstate detainer; false imprisonment, $10,000,000.00; excessive bail, cruel and unusual punishment, right to speedy trial, freedom of speech, consipiracy, encroachment, abuse of authority, $7,500,000.00; denial of assistance of counsel-retain right, reckless endangerment, failure to identify and present credentials and authority, $7,500,000.00. NOTE! These charges are a Commercial Billing under the Uniform Commercial Code and the Fair Debt Collection Act. They may and shall be assessed against individuals, persons, governmental bodies, and corporate entities, or any combination of same, acting in concert and/or individually, jointly and severally, without their jurisdiction and/or authority in the instant actions, without recourse to claim or immunity of any form, and by their consent and admission deemed resulting from their perpetrating these acts, **and do not preclude other remedies under Title 42 USC, Title 18 USC, Title 28 USC or state law, statute, rules or Common Law.** IGNORANCE OF THE LAW IS NO EXCUSE! I am the Principle, you are the Agent! Fail not to adhere to your Oath, lest you be called to answer before God and the One Supreme Court at Common Law, the original and exclusive peculiar jurisdiction and venue, the Court of First and Last Resort. SO BE IT!

*Hassie Demond Nowlin*
**Hassie Demond Nowlin**

RETURN TO:
Hassie-Demond Nowlin
c/o 2020 Anthony Court
Greensboro, N.C. [27406]

**STATE OF NORTH CAROLINA**

**COUNTY OF** _Guilford, NC_

I, _Susan Witchey_, a Notary Public for said County and State, do hereby certify

that _Hassie Demond Nowlin_ personally appeared before me this day, and

acknowledged the execution of the within instrument.

Witness my hand and official seal, this _3rd_ day of _August_, 2006.

_Susan Witchey_

SUSAN WITCHEY
NOTARY PUBLIC
GUILFORD COUNTY, NC
My Commission Expires

Affidavit

Y/o Hassie D. Nowlin
2020 Anthony Ct.
Greensbor, NC 27406

## Truth Affidavit **No.** 2006078267 **BK** 6580 **PG** 23

### In the Nature for a Peace Declaration

I, Hassie Demond Nowlin, Agent for HASSIE DEMOND NOWLIN, being of sound mind, over the age of 18 years, have first hand knowledge of the facts stated herein as a Peace Affidavit. I will tell the truth, the whole truth and nothing but the truth under the pains and penalties of perjury.

I **am not** a created entity, a corporation, a British subject, a subject of the UNITED STATES, a 14th Amendment citizen subject to the jurisdiction of the UNITED STATES, a resident, citizen or subject of any territory, a citizen of America nor a resident on any land. I, Hassie Demond Nowlin, **am** a child of the Creator and therefore my citizenship is in Heaven. While a sojourner on this earth, I am an inhabitant of the land commonly known as North Carolina, a republic. God, My Father, who created all land, is Sovereign, and I am Sovereign.

I, Hassie Demond Nowlin, hereby declare a Peace Treaty with the UNITED STATES, regarding their Declaration of War from 1861 to 1865, which was a war of violence, arms and literal killing of men and women and the subsequent enslavement of the people. This war converted the Sovereign states into UNITED STATES territories via the 14th Amendment to the UNITED STATES Constitution. I, Hassie Demond Nowlin, am declaring peace with the UNITED STATES and its territories, the UNITED STATES OF AMERICA, GREAT BRITAIN, THE BRITISH ISLES, the UNITED KINGDOM, ENGLAND and all BRITISH COMMONWEALTHS. This Declaration of Peace is nunc pro tunc as of the end of the South's acceptance of surrender of 1864. I have never been at war with anyone or any nation and I am at peace with all men, all governments, all kings and queens and anyone who would profess to be my enemy.

I, Hassie Demond Nowlin, hereby declare a Peace Treaty with the UNITED STATES concerning Franklin Delano Roosevelt's Declaration of War on the American People under the Trading With the Enemy Act of March 9, 1933, which is a war of commerce, contracts, economics and the labor of the American People. People are created by the Creator as Sovereign, living souls with inherent rights to life, liberty, property and happiness. The state/UNITED STATES corporations then re-created the people as corporate fictions with the institution of birth certificates. The Birth Certificate created for HASSIE DEMOND NOWLIN (or any derivative thereof) is by this Peace Treaty declared null and void nunc pro tunc. Any license created through said birth certificate to enslave the living soul as a fiction: HASSIE DEMOND NOWLIN, or any variation thereof, is by this Peace Treaty declared null and void nunc pro tunc. From this day forward, I, Hassie Demond Nowlin, will live at peace with the UNITED STATES and its territories, the UNITED STATES OF AMERICA, GREAT BRITAIN, THE BRITISH ISLES, the UNITED KINGDOM, ENGLAND and all BRITISH COMMONWEALTHS and anyone dealing in commerce. This Declaration of Peace is nunc pro tunc to April of 1861.

**Peace, peace, peace be unto all men and women in this world.** Self-defense is a right given by the Creator, to all of his creatures including mankind, but as much as I can, I will live at peace with all men and women.

This Peace Treaty was prepared by Hassie Demond Nowlin and unrebutted within thirty (30) days is nunc pro tunc to April, 1861.

HASSIE DEMOND NOWLIN, GRANTOR
SECURED PARTY SIGNATURE

Hassie Demond Nowlin

Hassie Demond Nowlin, Agent

#### Notice

Using a notary on this document does not constitute any adhesion, nor does it alter my status in any manner. The purpose for notary is verification and identification only and not for entrance into any foreign jurisdiction.

#### Jurat

State of North Carolina )
                        ) ss:
County of Guilford )

On this, the 3rd day of August, 2006, before me a notary public, the undersigned officer, personally appeared Hassie Demond Nowlin, known to me (or satisfactorily proven) to be the person whose name is subscribed to this instrument, and acknowledged that he executed the same for the purposes therein contained.

In witness hereof, I hereunto set my hand and official seal

SUSAN WITCHEY
NOTARY PUBLIC
GUILFORD COUNTY, NC
My Commission Expires 4-5-09

2006078267

GUILFORD CO, NC FEE $39.00
NON-STANDARD DOC FEE $25.00

PRESENTED & RECORDED:
08-09-2006 11:22:14 AM
JEFF L. THIGPEN
REGISTER OF DEEDS
BY: SHERRY W FARMER
DEPUTY

BK: R 6580
PG: 23-23

**BK: R 7830**
**PG: 87-88**
RECORDED:
07-01-2016
10:56:32 AM
BY: DENISE BOWENS
DEPUTY-GB



2016035105
**GUILFORD COUNTY, NC**
**JEFF L. THIGPEN**
REGISTER OF DEEDS

NC FEE $26.00

# DECLARATION of POLITICAL SOVEREIGNTY

I, Hassie Demond Now Pn, being of lawful age and of sound mind, do hereby declare:

1. I was born of parents of Black-African ancestry.
2. Prior to the ratification of the 14th Amendment to the U.S. Constitution, individuals of my heritage were held by the U.S. Supreme Court to be incapable of being or becoming Citizen-Sovereigns of the United States.
3. The 14 th Amendment conferred upon individuals, such as me, the status of national citizen-subject and state citizen-resident.
4. I maintain that *Brown v. Board of Education*, 347 U.S. 483 (1954), in which the U.S. Supreme Court held that state laws that established separate public schools for black and white students were unconstitutional, by implication mandates that separate citizenship for white and black individuals is equally unconstitutional.
5. I, therefore, declare that I am a **NATIONAL CITIZEN**-Sovereign and state Citizen-Inhabitant, equal in every respect to the same national and state status as white individuals.

I Declare the above to be true and correct under the penalties of perjury,

28 U.S.C. § 1746.

Hassie Demond Now Pn , with express reservation of all my rights in law, equity and all other natures of law.[ Rights Reserved: UCC 1-308, ]

Plu Hassie Demond Now Pn

2020 Anthony Court, Greensboro, Guilford County, State of North Carolina

Done this _____ th Day of _July_ 2016 at Greensboro North Carolina

Signed Hassie Dumond Nowlin

Signed before me this 1st th day of _July_ 2016, by _Hassie D Nowlin_ (Name),
personally known to me and who did take an oath.

Jasmin C Smith  Jasmin C Smith
(Name of Notary)

My commission expires _August 16, 2020_ (date)

# _____ (license number)

~~Bonded thru~~ _____ (Insurance company)

NOTARY PUBLIC – STATE OF NC

COMMISSION – EXPIRES

Jasmin C Smith
NOTARY PUBLIC
Guilford County, NC
My Commission Expires August 16, 2020

17M3463



DEPARTMENT OF JUSTICE

FILED

2011 DEC 12  A II: 30

GUILFORD COUNTY, C.S.C.

BY ____ MSB ____

## NOTICE OF LIEN FOR FINE AND/OR RESTITUTION IMPOSED PURSUANT TO THE ANTI-TERRORISM AND EFFECTIVE DEATH PENALTY ACT OF 1996

United States Attorney's Office for
<u>Middle District of North Carolina</u>

NOTICE is hereby given of a lien against the property of the defendant named below. Pursuant to Title 18, United States Code, § 3613(c), a fine or an order of restitution imposed pursuant to the provisions of subchapter C of chapter 227 is a lien in favor of the United States upon all property belonging to the person fined or ordered to pay restitution. Pursuant to § 3613(d), a notice of lien shall be considered a notice of lien for taxes for the purposes of any State or local law providing for the filing of a tax lien. The lien arises at the time of the entry of judgment and continues until the liability is satisfied, remitted, or set aside, or until it becomes unenforceable pursuant to § 3613(b).

**Name of Defendant / Social Security Number:**
Hassie Demond Nowlin / ***-**-4630

**Residence:**
701 South O'Henry Blvd.
Greensboro, NC 27401

**Amount of Judgment:**
$188,301.89

**Court Imposing Judgment:**
U.S. District Court
Middle District of North Carolina

**Court Number:**
1:17CR251-1

**Date of Judgment:**
November 16, 2017

**Date of Entry of Judgment:**
December 4, 2017

**Rate of Interest:**
0%

If payment becomes past due, penalties totaling up to 25 percent of the principal amount past due may arise. 18 U.S.C. § 3612(g).

IMPORTANT RELEASE INFORMATION--With respect to the lien listed above, this notice shall operate as a certificate of release pursuant to 18 U.S.C. § 3613(b) by operation of law, but no later than twenty years after the date of imprisonment.

PLACE OF FILING:     Guilford County
                     Clerk of Superior Court
                     P.O. Box 3008
                     Greensboro, NC  27402

This notice was prepared and signed at **United States Attorney's Office, 101 S. Edgeworth Street, Greensboro, NC 27401**, on December 8, 2017.

Signature

Lynne P. Klauer
Assistant United States Attorney
Chief, Civil Division
(336) 333-5351

**GOVERNMENT EXHIBIT
B**
_____



16 M 3554

DEPARTMENT OF JUSTICE

FILED

2016 DEC 15  A 10: 49

GUILFORD CO., C.S.C.

BY

NOTICE OF LIEN FOR FINE AND/OR
RESTITUTION IMPOSED PURSUANT TO THE
ANTI-TERRORISM AND EFFECTIVE
DEATH PENALTY ACT OF 1996

United States Attorney's Office for
<u>Middle District of North Carolina</u>

NOTICE is hereby given of a lien against the property of the defendant named below. Pursuant to Title 18, United States Code, § 3613(c), a fine or an order of restitution imposed pursuant to the provisions of subchapter C of chapter 227 is a lien in favor of the United States upon all property belonging to the person fined or ordered to pay restitution. Pursuant to § 3613(d), a notice of lien shall be considered a notice of lien for taxes for the purposes of any State or local law providing for the filing of a tax lien. The lien arises at the time of the entry of judgment and continues until the liability is satisfied, remitted, or set aside, or until it becomes unenforceable pursuant to § 3613(b).

**Name of Defendant / Social Security Number:**
Marvin Leandrew Flythe / \*\*\*-\*\*-1893

**Court Number:**
1:16CR218-1

**Residence:**
4001 Starling Court
Greensboro, NC 27405

**Date of Judgment:**
November 14, 2016

**Amount of Judgment:**
$105,528.04

**Date of Entry of Judgment:**
December 7, 2016

**Court Imposing Judgment:**
U.S. District Court
Middle District of North Carolina

**Rate of Interest:**
0%

If payment becomes past due, penalties totaling up to 25 percent of the principal amount past due may arise. 18 U.S.C. § 3612(g).

IMPORTANT RELEASE INFORMATION--With respect to the lien listed above, this notice shall operate as a certificate of release pursuant to 18 U.S.C. § 3613(b) by operation of law, but no later than twenty years after the date of imprisonment.

PLACE OF FILING:    Guilford County
Clerk of Superior Court
P.O. Box 3008
Greensboro, NC  27402

This notice was prepared and signed at **United States Attorney's Office, 101 S. Edgeworth Street, Greensboro, NC 27401**, on December 12, 2016.

Signature

Lynne P. Klauer
Assistant United States Attorney
Chief, Civil Division.
(336) 333-5351

**GOVERNMENT
EXHIBIT
C**

BK: R 7997
PG: 2465-2466
RECORDED:
11-22-2017
11:51:31 AM
BY: WILEY L COUSIN
DEPUTY-GB


2017066248
GUILFORD COUNTY, NC
JEFF L. THIGPEN
REGISTER OF DEEDS

NC FEE $26.00
STATE OF NC
REAL ESTATE
EXTX $2.00

Hassie-Demond Knowlin

**DRAFTED BY: GRANTOR(s) OF 1416 VINE TRUST**

**WHEN RECORDED RETURN TO:**
KRISTYN D. BAILEY /- GRANTEE
1018 EASTSIDE DR.
GREENSBORO, NORTH CAROLINA 27406

2ND

Excise Tax: ~~TAX~~ $2.00

## NORTH CAROLINA SPECIAL WARRANTY DEED

Parcel Identifier Number: _____ Tax ID or Block & Lot:

Mail/Box to: Grantee at 1018 Eastside Dr. Greensboro. North Carolina

This instrument was prepared by: Hassie-Demond Knowlin - Grantor c/o 1416 Vine Trust Dated April 9 2014, Positive Energy holdings LLC Trustee for and in consideration of One Thousand Dollars ($1000.00) and other goods and valuable consideration grants, bargains, sells, conveys and specially warrants to the Grantee(s) the following described estate, situated in 701 S O HENRY BLVD, GREENSBORO in the county of Guilford, North Carolina state 27401

Legal description for the Index: 701 S O Henry Blvd Greensboro North Carolina 27401
BEGINNING at the new southeast corner of Spencer and O Henry Blvd and running thence with the south line of spencer st, south 88.37"EAST 100.00 feet to the grantors east line; thence with that line south 04 19" 40" West 58.41 feet to the north line of another lot owned by City of Greensboro; thence with that line, North 88 13" 30" West 103.81 feet to a point on the east line of O Henry Blvd: thence with that line. North 08 07" East 58.02 to point of BEGINNING. Reference is made to Drawing No. D-419, dated September 21, 1953 commissioned by the City of Greensboro, Public Works Department that is attached as an exhibit to deed recorded in book 1593 page 696 in the Guilford County Registry.

THIS DEED made this November 02, 2017 by and between

| Grantor / seller | Grantee / Buyer |
|---|---|
| Hassie-Demond Knowlin<br>c/o 1416 Vine Trust | Kristyn D. Bailey<br>Dated November 02, 2017<br>1018 Eastside Dr.<br>Greensboro North Carolina 27406<br><br>Property Address:<br>701 S O Henry Blvd<br>Greensboro, North Carolina 27401 |

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

**GOVERNMENT EXHIBIT**
**D**

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee in fee simple, all that certain lot or parcel of land situated in the city of **Error! Reference source not found.**, **Error! Reference source not found.** County North Carolina and more particularly described as follows:

A map showing the above described property is recorded in Plat Book 2944, Page 7390.

And the Grantor covenants with the Grantee, that Grantor is seized of the premises in fee simple, has the right to convey the same in fee simple, that title is marketable and free and clear of all encumbrances, and that Grantor will warrant and defend the title against the lawful claims of all persons whomsoever except for the exceptions hereinafter stated. Title to the property hereinabove described is subject to the following exceptions:

IN WITNESS WHEREOF, the Grantor has hereunto set his hand and seal, or if corporate, has caused this instrument to be signed in its corporate name by its duly authorized officers and its seal to be hereunto affixed by authority of its Board of Directors, the day and year first above written.

_____     Hassie Deul knot (SEAL)
                                         Hassie-Demond Knowlin

By:_____     Kristyn D. Bailey (SEAL)
                                         Kristyn D. Bailey

ATTEST:

_____     _____(SEAL)

_____     _____(SEAL)
       Secretary (Corporate Seal)

STATE OF NORTH CAROLINA, COUNTY OF Guilford

I, the undersigned Notary Public of the foresaid State and County, do hereby certify that Hassie-Demond Knowling Kristyn D. Bailey personally appeared before me this date and acknowledged the execution of the foregoing instrument for the purposes therein expressed. Witness my hand and notarial seal this the 20 day of Nov , 2017.

My Commission Expires: 5/18/19

Crystal F. Hood , Notary Public

BK: R 7645
PG: 827-829
RECORDED
10-27-2014
04:06:25 PM
BY: WILEY L COUSIN
DEPUTY-GB

2014054434
GUILFORD COUNTY, NC
JEFF L. THIGPEN
REGISTER OF DEEDS

NC FEE $26.00
NO TAXABLE
CONSIDERATION

3*4e   WHEN RECORDED RETURN TO:
Theresa Thompson
1416 Vine st
Greensboro, North Carolina, 27405
. *Excise Tax : NTC*

Deed Drafted by: Hassie D Knowlin
2020 Anthony Court.
Greensboro NC 27406

## SPECIAL WARRANTY DEED

THE GRANTOR(S),

- The Ameridream Team 1 LLC, Hassie D Knowlin, partner,
for and in consideration of: One Dollar ($1.00) and other good and valuable consideration grants,
bargains, sells, conveys and specially warrants to the GRANTEE(S):

- The 1416 Vine Trust Dated April 9,2014, Positive Energy Holdings LLC, Trustee, 1416
vine st, greensboro, guilford County, North Carolina, 27405,
the following described real estate, situated in 701 s. o'henry blvd., Greensboro, in the County of
Guilford, State of North Carolina, 27401:

(legal description): BEGINNING at the new southeast corner of Spenceer and O'Henry Blvd. and
running thence with the south line of Spencer Street, South 88 37" East 100.00 feet to the
grantor's east line; thence with that line South 04 19" 40" West 58.41 feet to the north line of
another lot owned by the City of Greensboro; thence with that line, North 88 13" 30" West
103.81 feet to a point on the east line of O'Henry Blvd; thence with that line, North 08 07" East
58.02 to point of BEGINNING. Reference is made to Drawing No. D-419, dated September
21,1953 commissioned by the City of Greensboro, Public Works Department that is attached as
an exhibit to deed recorded in Book 1593 Page 696 in the Guilford County Registry.

A map showing the property is recorded in Plat Book 2944, Page 7390, Guilford County.

Derivation: This property was acquire by the Grantor by a North Carolina Special Warranty
Deed, dated September 12, 2012 and recorded with the Guilford recorder, in Book 7370, Page



GOVERNMENT
EXHIBIT
E

1314, Guilford County.

Subject to existing taxes, assessments, liens, encumbrances, covenants, conditions, restrictions, rights of way and easements of record the grantor hereby covenants with the Grantee(s) that Grantor is lawfully seized in fee simple of the above granted premises and has good right to sell and convey the same; and that Grantor, his heirs, executors and administrators shall warrant and defend the title against Grantors acts and none other unto the Grantee, his heirs and assigns against all lawful claims whatsoever.

Tax Parcel Number: 0010593

Deed Drafted By: Hassie D knowlin
2020 Anthony Court
Greensboro, North Carolina, 27406

**Grantor Signatures:**

DATED: _Oct 27 2014_

_[signature]_

Hassie D Knowlin, partner, on behalf of
The Ameridream Team 1 LLC
1515 huffine mill rd
Greensboro, North Carolina, 27405

STATE OF NORTH CAROLINA, COUNTY OF GUILFORD, ss:

On this _27_ day of _October_ _2014_, before me,
_Hassie D, Knowlin_____, personally appeared Hassie D Knowlin, partner, on
behalf of The Ameridream Team 1 LLC, known to me (or satisfactorily proven) to be the persons
whose names are subscribed to the within instrument and acknowledged that they executed the
same as for the purposes therein contained.

In witness whereof I hereunto set my hand and
official seal.

_Vanessa D. Bullock_
Notary Public

_____
Title (and Rank)

My commission expires _8-21-2017_



**2012055093**
GUILFORD CO, NC FEE $26.00

NO TAXABLE CONSIDERATION
PRESENTED & RECORDED:
09-12-2012 04:48:42 PM
JEFF L. THIGPEN
REGISTER OF DEEDS
BY: DEBORAH LIGHT
DEPUTY-GB

**BK: R 7390**
**PG: 2943-2944**

## NORTH CAROLINA SPECIAL WARRANTY DEED

Excise Tax: $NTC

Parcel Identifier No._____ Verified by _____ County on the ____ day of_____, 20__
By:_____

Mail/Box to: GRANTEE                                                                                          P/U BLACK

This instrument was prepared by: BARBARA L. STEWART, ROSSABI BLACK SLAUGHTER, PA

Brief description for the Index:__701 S O'Henry Blvd, Greensboro NC  Parcel # 0010593

**NO OPINION ON TITLE WAS REQUESTED AND IS NEITHER EXPRESSED NOR IMPLIED BY THE PREPARATION OF THIS DOCUMENT.**

THIS DEED made this _____ day of __September_____, 2012, by and between

| GRANTOR | GRANTEE |
|---|---|
| **MARVIN L. FLYTHE (UNMARRIED) AND HASSIE D. KNOWLIN (UNMARRIED)** <br> **As Joint Tenants with Right of Survivorship** <br><br> Mailing Address: <br> 1515 Huffine Mill Road <br> Greensboro NC 27405 | **THE AMERIDREAM TEAM 1, LLC** <br><br> Mailing Address: <br> 1515 Huffine Mill Road <br> Greensboro NC 27405 <br><br> Property Address: <br><br> 701 S. O'Henry Blvd. <br> Greensboro NC 27401 |

GOVERNMENT EXHIBIT F

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration paid by the Grantee, the receipt and sufficiency of which is hereby acknowledged, Grantor hereby gives, grants, bargains, sells and conveys unto Grantee in fee simple, subject to the Exceptions and Reservations hereinafter provided, if any, the following described parcel of land situated in the City of Greensboro, _____ Township, Guilford County, North Carolina and more particularly described as follows:

BEGINNING at the new southeast corner of Spencer Street and O'Henry Blvd. and running thence with the south line of Spencer Street, South 88° 37' East 100.00 feet to the grantor's east line; thence with that line South 04° 19' 40" West 58.41 feet to the north line of another lot owned by the City of Greensboro; thence with that line, North 88° 13' 30" West 103.81 feet

NC Bar Association Form No. 3© 1976, Revised© 1/1/2010
Printed by Agreement with he NC Bar Association

to a point on the east line of O'Henry Blvd; thence with that line, North 08° 07' East 58.02 to a point of BEGINNING. Reference is made to Drawing No. D-419, dated September 21, 1953 commissioned by the City of Greensboro, Public Works Department that is attached as an exhibit to deed recorded in Book 1593 Page 696 in the Guilford County Registry.

The property hereinabove described was acquired by Grantor by instrument recorded in Book ____7370____ Page ___1314___.

All or a portion of the property herein conveyed _____ includes or _____x_____ does not include the primary residence of a Grantor.

A map showing the above described property is recorded in Plat Book _____ page _____.

TO HAVE AND TO HOLD the aforesaid lot or parcel of land and all privileges and appurtenances thereto belonging to the Grantee in fee simple, subject to the Exceptions and Reservations hereinafter and hereinabove provided, if any.

And the Grantor covenants with the Grantee, that Grantor has done nothing to impair such title as Grantor received, and Grantor will warrant and defend the title against the lawful claims of all persons claiming by, under or through Grantor, other than the following exceptions:

THIS CONVEYANCE IS MADE SUBJECT TO EASEMENTS, RESTRICTIONS, RIGHTS-OF-WAY OF RECORD, IF ANY, AND AD VALOREM TAXES FOR THE CURRENT YEAR.

IN WITNESS WHEREOF, the Grantor has duly executed the foregoing as of the day and year first above written.

**NAME** _____ (SEAL)

(Entity Name) Print/Type Name: Marvin L. Flythe

_____ (SEAL)

By:_____ Print/Type Name: Hassie D. Knowlin
Print/Type Name & Title:_____

By:_____ _____ (SEAL)
Print/Type Name & Title:_____ Print/Type Name:_____

By:_____ _____ (SEAL)
Print/Type Name & Title:_____ Print/Type Name:_____

State of North Carolina - County of Guilford

I, the undersigned Notary Public of the County of Guilford and State aforesaid, certify that Marvin L. Flythe and Hassie D. Knowlin personally appeared before me this day and acknowledged the due execution of the foregoing instrument for the purposes therein expressed. Witness my hand and Notarial stamp or seal this ___10th___ day of September, 2012

My Commission Expires: 12-21-2013 DARLENE ANSLEY Notary Public
(Affix Seal) Notary's Printed or Typed Name

NOTARY
PUBLIC
GUILFORD COUNTY NC

2012042303

GUILFORD CO, NC FEE $26.00

**EXEMPT**
PRESENTED & RECORDED:
07-17-2012 01:01:04 PM
JEFF L. THIGPEN
REGISTER OF DEEDS
BY: SHEIKA WASHINGTON
DEPUTY-GB

BK: R 7370
PG: 1314-1315

## NORTH CAROLINA SPECIAL WARRANTY DEED

Notice per NCGS §105-317.2: The below property is not a primary residence of the Grantor.
Parcel No.: 0010593 PIN: 7874346486 (old Parcel 000001020000700007)
Excise Tax: Exempt under 12 U.S.C.§1723a(c)    Purchase Price: $20,000.00
Property Address:      **701 S O'Henry Blvd., Greensboro, NC 27401**
Prepared by:            R. Steven Smith attorney on behalf of Grantor
                              who did not search nor certify title on the below property

P|u Black

Mail to:
Index Description:      Metes & Bounds O'Henry Blvd Greensboro

29u

This Deed made this ___2___ day of ___July___ 2012, by and between:

| GRANTOR | GRANTEE |
|---|---|
| **Federal National Mortgage Association** a/k/a Fannie Mae existing pursuant to the laws of the United States of America | Marvin L. Flythe (unmarried) And Hassie D. Knowlin (unmarried) Holding title as Joint Tenants with the Right of Survivorship |
| 14221 Dallas Parkway, Ste. 1000 Dallas, TX 75254 | Mailing Address: 1515 Huffine Mill Road Greensboro, NC 27405 |

The designation Grantor and Grantee as used herein shall include said parties, their heirs, successors, and assigns, and shall include singular, plural, masculine, feminine or neuter as required by context.

WITNESSETH, that the Grantor, for a valuable consideration of **TWENTY THOUSAND DOLLARS AND NO CENTS ($20,000.00)** paid by the Grantee, the receipt of which is hereby acknowledged, has and by these presents does grant, bargain, sell and convey unto the Grantee, in fee simple, all that certain lot or parcel of land situated in the City of Greensboro in Gilmer Township in Guilford County, North Carolina and more particularly described as follows:

BEGINNING at the new southeast corner of Spencer Street and O.Henry Blvd. and running thence with the south line of Spencer Street, **South 88° 37' East 100.00 feet** to the grantor's east line; thence with that line, **South 04° 19' 40" West 58.41 feet** to the north line of another lot now owned by the City of Greensboro; thence with that line, **North 88° 13' 30" West 103.81 feet** to a point on the east line of O.Henry Blvd.; thence with that line, **North 08° 07'East 58.02 feet** to the point of BEGINNING. Reference is made to Drawing No. D-419, dated September 21, 1953 commissioned by the City of Greensboro, Public Works Department that is attached as an exhibit to deed recorded in Book 1593 page 696 in the Guilford County Registry.
Address: 501 S O'Henry Blvd., Greensboro, NC 27401
Parcel No.: 0010593 PIN: 7874346486 (old Parcel 000001020000700007)

*Derivation Clause: Being the same property that the City of Greensboro conveyed to Hesba H. Monk by deed filed April 04, 1955 in Book 1593 page 696 in the Guilford County Registry. Being the same property ordered sold because of default of a Note secured by a Deed of Trust recorded in Book 7175 page 319 (See Special Proceeding in file 10-SP-4712 in the Office of the Clerk of Superior Court for Guilford County & Notice of Foreclosure filed in Book 7267 page 3007). Being the same property that Nationwide Trustee Services, Inc., acting as substitute trustee, conveyed to the above named Grantor by Substitute Trustee's Deed filed July 28, 2011 in Book 7259 page 290 in the Guilford County Registry.*



**GOVERNMENT EXHIBIT**
G

TO HAVE AND TO HOLD the within granted and transferred property, together with all and singular the rights, privileges and appurtenances thereof to the same, being, belonging or in anywise appertaining to the only proper use, benefit and behave of the said Grantee, and their assigns, forever, in FEE SIMPLE.

And the Grantor covenants with the Grantee, that Grantor has done nothing to impair such title as Grantor received, and Grantor will warrant and defend the title against the lawful claims of all persons claiming by, under or through Grantor, except for the exceptions hereinafter stated.

Title to the property hereinabove described is subject to Restrictions, conditions and easements of record, and the Lien of Real Property taxes for the current year; which were prorated at closing and the Grantee hereby assumes to pay.

GRANTOR makes no representations or warranties of any kind or character expressed or implied as to the condition of the material and workmanship in the dwelling house or any other structures located on said property and any fixtures attached thereto. The above property is conveyed to the Grantee in a "AS-IS" and "HOW-IS" condition.

In witness whereof, the Grantor has set Its hand and seal, the day and year first above written.

Federal National Mortgage Association a/k/a Fannie Mae

By: _____
Its: ___**JOHN WESLEY**___
        **ASST. VICE PRESIDENT**

STATE OF ___Texas___                          )
                                               )
COUNTY OF ___Dallas___                         )

    I, a Notary for said County and State, do hereby certify that

_____**JOHN WESLEY**_____,

Personally came before me this day and acknowledged that he/she is the
                             **ASST. VICE PRESIDENT**

_____ of Federal National Mortgage
Association a/k/a Fannie Mae, a corporation, and that, by authority duly given and as the act of the corporation, the foregoing instrument was signed by him/her in its name.
Witness my hand and notarial stamp or seal, this __2__ day of __July__, 2012.

VERNON A. CURRY, JR
Notary Public, State of Texas
My Commission Expires
November 11, 2015

_____

Notary Public for ___Texas___
My Commission Expires: _____

701 S O'Henry Blvd., Greensboro, NC 27401