IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:18-CV-497 |
| | ) | |
| HASSIE DEMOND NOWLIN, also known as Demond Nowlin, Hassie Demond Knowlin, Demond Knowlin, and Brilliant Knowlin, MARVIN L. FLYTHE, KRISTYN D. BAILEY, THE 1416 VINE TRUST, and THE AMERIDREAM TEAM 1, LLC, | ) ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## FINAL JUDGMENT

For the reasons stated in the Order granting motions by the United States of America for default judgment as to defendants Marvin L. Flythe, The 1416 Vine Trust, and the Ameridream Team 1, LLC, and for summary judgment as to defendants Hassie Demond Nowlin and Kristyn D. Bailey, entered concomitantly herewith, it is

**ORDERED, ADJUDGED and DECREED** that as to the real property located at the street address of 701 S. O'Henry Blvd., Greensboro, North Carolina, 27401, with the legal description of the property beginning at the new southeast corner of Spencer Street and O'Henry Blvd and running thence with the south line of Spencer Street, South 88° 37' East 100.00 feet to the grantor's east line; thence with that line, South 04° 19' 40" West 58.41 feet to the north line of another lot owned by the City of Greensboro; thence with that line, North 88° 13' 30" West 103.81 feet to a point on the east line of O'Henry

Blvd; thence with that line, North 08° 07' East 58.02 feet to the point of beginning,[1] hereinafter "The Property":

1. Hassie Demond Nowlin and Marvin L. Flythe are deemed to have title vested in them as to The Property since July 17, 2012.

2. The transfer of The Property on September 12, 2012, from Marvin L. Flythe and Hassie Demond Nowlin to The Ameridream Team 1, LLC, is **VOID** as a fraudulent transfer pursuant to 28 U.S.C. § 3304 and pursuant to N.C. Gen. Stat. § 39-23.4.

3. The Ameridream Team 1, LLC,'s transfer of the Property on October 27, 2014, to The 1416 Vine Trust is **VOID** as a fraudulent transfer pursuant to 28 U.S.C. § 3304 and pursuant to N.C. Gen. Stat. § 39-23.4.

4. The 1416 Vine Trust's transfer of The Property on November 22, 2017, to Kristyn D. Bailey is **VOID** as a fraudulent transfer pursuant to 28 U.S.C. § 3304 and pursuant to N.C. Gen. Stat. § 39-23.4.

5. Hassie Demond Nowlin, Marvin L. Flythe, The 1416 Vine Trust, and The Ameridream Team 1, LLC, are **ENJOINED** from any further disposition of The Property.

6. The United States is permitted to levy execution on The Property.

---

[1] Reference is made to Drawing No. D-419, dated September 21, 1953, commissioned by the City of Greensboro, Public Works Department that is attached as an exhibit to deed recorded in Book 1593 Page 696 in the Guilford County Registry. *See* Doc. 1-7. A map showing the property is recorded in Plat Book 2944, Page 7390, Guilford County. *See* Doc. 1-4 at 2.

7. All claims of Kristyn D. Bailey, The 1416 Vine Trust, and The Ameridream Team 1, LLC, to The Property are **BARRED** and title is quieted in Marvin L. Flythe and Hassie Demond Nowlin.

This the 15th day of January, 2019.

_____
UNITED STATES DISTRICT JUDGE

3