OFFICE OF THE CLERK
ED STATES DISTRICT COURT
24 West Market Street, Room 401
GREENSBORO, NC 27401

OFFICIAL BUSINESS

H. Demo~ ~gistered Agent for

Positi~ Trustee of

The

2020 Ant~.

Greensboro, NC ~



☐ INSUFFICIENT ADDRESS
☐ ATTEMPTED NOT KNOWN
☐ NO SUCH NUMBER/ STREET
☐ NOT DELIVERABLE AS ADDRESSED
  - UNABLE TO FORWARD
☐ OTHER

RTS RETURN TO SENDER

INSPECTED

18CV497

RECEIVED
FEB - 4 2019
CLERK U.S. DISTRICT COURT
GREENSBORO, NC

GSO PDC 27498
TUE 15 JAN 2019